IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DARRYL DANA THOMAS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 321-082 |
| KAREN THOMAS, Unit Manager, and JACOB BEASLEY, Deputy Warden of Security, | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 28.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all claims based on any alleged violation of a prison regulation or concomitant Eighth Amendment claim regarding decontamination rules, loss of personal property, due process or defamation with respect to the challenged disciplinary report, and official capacity claims for money damages.[1] The case shall proceed in accordance with the Magistrate Judge's May 25, 2022 Order. (See doc. no. 26.)

SO ORDERED this 22nd day of June, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff makes clear in his objections he is not challenging dismissal of any claim related to the disciplinary report or official capacity claims for money damages. (Doc. no. 28, p. 4.)