IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRYL DANA THOMAS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-082 |
| | ) | |
| KAREN THOMAS, Unit Manager, and JACOB BEASLEY, Deputy Warden of Security, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendants' motion for summary judgment, (doc. no. 47). The case shall proceed to trial on Plaintiff's Eighth Amendment excessive force claim against both Defendants in their individual capacities.

SO ORDERED this 9th day of May, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE